633 A.2d 587

**COMMONWEALTH of Pennsylvania**

v.

**James CARLYLE, Appellant.**

Supreme Court of Pennsylvania.

Argued and Decided Oct. 18, 1993.

Reargument Denied Dec. 21, 1993.

John W. Packel, Paul M. George, Karl Baker, Philadelphia, for J. Carlyle.

Catherine Marshall, Hugh J. Burns, Jr., Ronald Eisenberg, Philadelphia, for Com.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.